COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| GEORGE ALEJOS and YOLANDA ALEJOS, | § | No. 08-23-00321-CV |
| | § | Appeal from |
| Appellants, | | |
| | § | 57th District Court |
| v. | | |
| | § | of Bexar County, Texas |
| JOHN VANCE and DEPOLOS, INC., | | |
| | § | (TC# 2016-CI-07128) |
| Appellees. | | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes that there was no error in the judgment, but that the judgment should be reformed to clarify the damages award. We therefore affirm the judgment of the court below as reformed to clarify that the total amount of the damages award is $1 million dollars, not $1 million per plaintiff.[1]

We further order that Appellees recover from Appellants all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 28th day of February 2025.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.
Alley, C.J. (Ret.), not participating.

---

[1] Page two, paragraph three of the trial court's final judgment orders, adjudges, and decrees that the plaintiffs "*each* have and recover from defendants . . . $1,000,000 . . . " (emphasis added). But plaintiffs are to have and recover a *total* of $1,000,000 from defendants.